| | |
|---|---|
| 1 | MICHAEL ZORKIN (Bar No. CA 313308) |
|  | mz@thezorkinfirm.com |
| 2 | ANITA J. MARKS (Bar No. CA 347863) |
|  | am@thezorkinfirm.com |
| 3 | THE ZORKIN FIRM |
|  | 6320 Canoga Ave., 15th Floor |
| 4 | Woodland Hills, California 91367 |
|  | Telephone:    323.493.8075 |
| 5 | Facsimile:    323.872.5251 |
| 6 | Attorneys for Defendant |
|  | California Physicians' Service dba Blue Shield of |
| 7 | California[1] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Stephanie Owens, | No. 4:24-cv-00400 HSG |
|---|---|
| Plaintiff, | Hon. Haywood S. Gilliam, Jr. |
| v. | **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| BLUE SHIELD of California; The Frederickson Partners Group Health Plan; The Arthur J. Gallagher & Co. Health Plan; Valerie Fredrickson and Company dba Fredrickson Partners and The Arthur J. Gallagher & Co. | Complaint Filed: January 23, 2024 |
| Defendants. | |

---

[1] Sued as Blue Shield of California.



1

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

**TO THE COURT:**

 Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: March 22, 2024        THE ZORKIN FIRM

                By:/s/ Michael Zorkin
                   Michael Zorkin
                   Attorneys for Defendant California Physicians' Service dba Blue Shield of California

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS