1  Scott Kalkin, State Bar No. 120791
2  William Reilly, State Bar No. 177550
   **ROBOOSTOFF & KALKIN**
3  A Professional Law Corporation
4  369 Pine Street, Suite 820
   San Francisco, California 94104
5  (415) 732-0282
6
7  Attorney for Plaintiff Stephanie Owens
8
              UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| Stephanie Owens, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BLUE SHIELD of California; The ) <br> Frederickson Partners Group Health ) <br> Plan; The Arthur J. Gallagher & Co. ) <br> Health Plan; Valerie Fredrickson and ) <br> Company dba Fredrickson Partners ) <br> and The Arthur J. Gallagher & Co., ) <br> ) <br> Defendants. ) | Case No. 4:24-cv-00400-HSG <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> **STIPULATION TO CONSOLIDATE HEARINGS AND CASE MANAGEMENT DATES; AND SET BRIEFING SCHEDULE** <br><br> Complaint Filed: January 23, 2024 |

STIPULATION AND ORDER - Case No. 4:24-cv-00400-HSG

# STIPULATION

1. Arthur J. Gallagher & Company filed a motion to dismiss that is set to be heard on June 6, 2024 (Dkt. 17);

2. The Court issued an Order continuing the Case Management Conference to June 6, 2024 along with the motion to dismiss (Dkt. 18);

3. Blue Shield of California filed a motion to dismiss that is set to be heard on June 13, 2024 (Dkt. 19);

4. Valerie Frederickson & Company ("VF&C") filed a motion to dismiss that is set to be heard on June 13, 2024 (Dkt. 22); and

5. The parties met and conferred regarding amending the complaint, hearing and briefing dates.

6. The parties, by and through their undersigned counsel of record, hereby stipulate as follows:

All three of Defendants' motions to dismiss can be heard on June 13, 2024 at 2:00 pm and the Case Management conference can be held along with those hearings at the same date and time;

Plaintiff's opposition to all three of Defendants' motions to dismiss will be filed on or before May 23, 2024; and

Defendants' replies will be filed on or before May 30, 2024.

SO STIPULATED.

| | | | |
|---|---|---|---|
| 1 | Dated: | May 10, 2024 | THE ZORKIN FIRM |
| 2 | | | |
| 3 | | | By:/s/ Michael Zorkin |
| 4 | | | Michael Zorkin<br>Attorneys for Defendant California |
| 5 | | | Physicians' Service dba Blue Shield<br>of California |
| 6 | | | |
| 7 | Dated: | May 10, 2024 | ROBOOSTOFF & KALKIN |
| 8 | | | |
| 9 | | | By:/s/ William Reilly |
| 10 | | | William Reilly<br>Attorneys for Plaintiff Stephanie<br>Owens |
| 11 | Dated: | May 10, 2024 | RIMON LAW |
| 12 | | | |
| 13 | | | By:/s/ Scott Raber |
| 14 | | | Scott Raber<br>Attorneys for Defendant Valerie |
| 15 | | | Frederickson & Company |
| 16 | Dated: | May 10, 2024 | OGLETREE DEAKINS |
| 17 | | | |
| 18 | | | By:/s/ Sean P. Nalty |
| 19 | | | Sean P. Nalty<br>Attorneys for Defendant Arthur J. |
| 20 | | | Gallagher & Company |

* Pursuant to Local Rule 5-1(i)(3), the filing party attests that all other signatories listed above concur in the filing's content and have authorized the filing.

# ORDER

The Court having reviewed the Joint Stipulation between Plaintiff, and Defendants, finds good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED that:

Defendants' motions to dismiss will be heard on June 13, 2024 at 2:00 pm and the Case Management conference will be held along with those hearings at the same date and time;

Plaintiff's opposition to all three of Defendants' motions to dismiss will be filed on or before May 23, 2024; and

Defendants' replies will be filed on or before May 30, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____5/14/2024_____

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge