1  SEAN P. NALTY, CA Bar No. 121253
   sean.nalty@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
3  One Embarcadero Center, Suite 900
   San Francisco, CA  94111
4  Telephone:    415-442-4810
   Facsimile:    415-442-4870
5
   Attorneys for Defendant
6  GALLAGHER & CO. HEALTH PLAN &
   THE ARTHUR J. GALLAGHER & CO.
7

8                        **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | STEPHANIE OWENS,                          | Case No. 4:24-cv-00400-HSG

12 |         Plaintiff,                        | **ORDER GRANTING STIPULATION TO TAKE DEPOSITION OF VALERIE FEDERICKSON AND COMPANY DBA FREDERICKSON PARTNERS**

13 |    v.                                     |

14 | BLUE SHIELD OF CALIFORNIA; THE FREDERICKSON PARTNERS GROUP

15 | HEALTH PLAN; THE ARTHUR J.                | Complaint Filed:  January 23, 2024
   | GALLAGHER & CO. HEALTH PLAN;
16 | VALERIE FREDRICKSON AND                   | Trial Date:    None Set
   | COMPANY DBA FREDRICKSON                   | Judge:         Hon. Haywood S. Gilliam, Jr.
17 | PARTNERS AND THE ARTHUR J.
   | GALLAGHER & CO.,
18 |         Defendants.

19

Before the Court is the Parties' Stipulation to Take the Deposition of Valerie Frederickson and Company dba Frederickson Partners after the October 17, 2025 discovery cutoff in this matter.

The Court hereby approves the stipulation. Good cause is shown by the fact that the deposition was noticed before the discovery cutoff and did not go forward because the witness was unavailable.

**IT IS SO ORDERED.**

Dated:   10/24/2025

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE